UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-61555-Civ-Marra/Matthewman

OSWALD J. PAUL,

    Plaintiff,

v.

SELECT FINANCIAL SERVICES, INC.,

    Defendant.

_____/

## DEFAULT FINAL JUDGMENT AGAINST DEFENDANT

This Court having been presented Plaintiff's Motion for Default Final Judgment (DE 15), and having reviewed the entire file and being otherwise duly advised in the premises it is hereupon,

ORDERED AND ADJUDGED that said Motion be and the same is hereby GRANTED. The Court enters Judgment in favor of the Plaintiff, Oswald J. Paul, and against Defendant, Select Financial Services, Inc., in the amount $51,000.00, consisting of $1,000.00 pursuant to the Fair Debt Collection Practices Act and $50,000.00 pursuant to the Telephone Consumer Protection Act, plus post judgment interest at the legal rate,[1] for which let execution issue. Defendant is permanently enjoined from placing non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without Plaintiff's prior express consent. The Court to retain jurisdiction in

---

[1] That rate is 0.12%.


the matter of Plaintiff's attorney's fees and costs. The Clerk shall close this case.

DONE AND ORDERED in the Southern District of Florida this 29th day of __APRIL__, 2013.

_____
KENNETH A. MARRA
United States District Judge

cc:   All counsel of record